# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNA M. CARRASQUILLO, individually and as Administratrix of the Estate of Rafael Santiago, deceased<br>*Plaintiff* | CIVIL ACTION<br><br>NO. 17-4887 |
| v. | |
| NANCY KELLY, *et al.*<br>*Defendants* | |

# O R D E R

**AND NOW**, this 17th day of April 2018, upon consideration of the *motion for judgment on the pleadings* filed by Defendant Nationwide Mutual Fire Insurance Company, [ECF 6], Plaintiff's opposition thereto, [ECF 7], the parties' supplemental briefs in response to this Court's February 22, 2018 Rule to Show Cause Order, [ECF 10, 11], and the allegations contained in the complaint, [ECF 1 at Ex. A], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, this action is **REMANDED** to the Philadelphia Court of Common Pleas pursuant to 28 U.S.C. §1447(c) for lack of subject matter jurisdiction. The Clerk of Court is directed to mark this matter **CLOSED**.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*